FILED

NOV - 4 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 10-42050-D-7 |
| VINCENT THAKUR SINGH and MELANIE GAY SINGH, | |
| Debtors. | |
| MICHAEL F. BURKART, Chapter 7 Trustee, | Adv. No. 12-2460<br>Docket Control No. CDH-001 |
| Plaintiff, | |
| v. | |
| ASHNI VARMA and SHIU VARMA, | DATE: July 24, 2013<br>TIME: 10:00 a.m. |
| Defendants. | DEPT: D |

**ORDER**

IT IS ORDERED that the Order Granting Motion for Entry of Default Judgment, bearing docket control no. CDH-001 (at docket no. 38) was entered in error and is therefore VACATED.

Dated: Nov. 4, 2013

_Robert Bardwil_
ROBERT S. BARDWIL
United States Bankruptcy Judge

Case 12-02460   Filed 11/04/13   Doc 42

## Instructions to Clerk of Court
## Service List - Not Part of Order

The Clerk of Court is instructed to send the Order or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked ____, via the U.S. mail.

Plaintiff, Attorney for the Plaintiff, the Defendant, and Attorney for the Defendant (if any).