BK Case No. 10-42050
Adv. No. 12-02460

# UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael F. Burkhart, Chapter 7 Trustee , <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>Ashni Varma and Shiu Varma, <br><br>　　　　Defendant. | Case No. 2:13-cv-2299 JAM <br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Ashni Varma and Shiu Varma

Date: November 20, 2013　　　　　　　　　　MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　By: /s/ C. Manzer
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk